UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Yosduarlin Salome Olivero Newton

v.                                     Case No. 26-cv-79-JL-AJ

Chris Brackett, et al.


JUDGMENT


In accordance with the Order by Judge Joseph N. Laplante dated
February 12, 2026, judgment is hereby entered.


By the Court:

_____
Tracy A. Uhrin
Clerk of Court


Date: March 16, 2026

cc: Counsel of Record